UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEVEN CLAY,

        Plaintiff,

v.

PHYLLIS M. LAKE and JEANNINE
L. MACLEOD,

        Defendants.

_____/

Case No. 2:04-CV-45

Hon. Richard Alan Enslen

**PARTIAL JUDGMENT**

In accordance with an Opinion entered this date;

**IT IS HEREBY ORDERED** that Plaintiff Steven Clay's Objections (Dkt. No. 60) are **DENIED**, Defendants Phyllis M. Lake and Jeannine L. Macleod's Objections (Dkt. No. 57) are **DENIED IN PART** and **GRANTED IN PART**, and the Report and Recommendation (Dkt. No. 56) is **ADOPTED** as modified herein. Defendants' objections are **GRANTED** to the extent that they sought dismissal of Defendant Jeannine L. Macleod only. Defendants' objections are **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Dkt. No. 52) is **GRANTED IN PART and DENIED IN PART**. All of Plaintiff's claims against Defendant Jeannine L. Macleod in his Amended Complaint (Dkt. No. 49) are **DISMISSED WITH PREJUDICE**, and all of Plaintiff's claims against Defendant Phyllis M. Lake in his Amended Complaint are **DISMISSED WITH PREJUDICE**, except for his claims originating out of his legal mail received on October 17, 2003.

DATED in Kalamazoo, MI:
April 7, 2006

       /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE